**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-001409-GPG

**RYAN E. APPLEGATE**,

    Plaintiff,

v.

**SGT. J. SWARTZ**;
**DEPUTY MONTANIO**;
**DEPUTY HAMMOCK;**
**FEROE**, Deputy; and
**JEFFERSON COUNTY SHERIFF**,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Order of Subpoena to Produce Copy of Record of Material Evidence from Defendants to be Supplied to Plaintiff (ECF No. 11), filed on September 9, 2015, is **STRICKEN** as premature.  This case is currently in initial review, pursuant to D.C.COLO.LCivR 8.1(a).  Plaintiff may re-file his motion if this case is drawn to a presiding judge, pursuant to D.C. COLO.L.CivR 8.1(c).

Dated:  September 10, 2015